**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6413**

———————————

DONALD J. DICKERSON, JR.,

Plaintiff - Appellant,

versus

LORETTA KELLY, Warden,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-99-323-2)

———————————

Submitted: May 13, 1999                Decided: May 18, 1999

———————————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Donald J. Dickerson, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dickerson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dickerson v. Kelly</u>, No. CA-99-323-2 (E.D. Va. Mar. 16, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

_____

[*] Although the district court's order is marked as "filed" on March 15, 1999, the district court's records show that it was entered on the docket sheet on March 16, 1999. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> Fed. R. Civ. P. 58 and 79(a); <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).